# ELECTRONIC RECORD

COA # 02-14-00313-CR                    OFFENSE:   OTHER CRIMINAL

STYLE:   Robert O'Bryan v. The State of Texas                    COUNTY:   Denton

COA DISPOSITION:     AFFIRMED                    TRIAL COURT:   County Criminal Court No. 1

DATE: 05/28/15                    Publish: YES   TC CASE #:     CR-2013-08057-A

# IN THE COURT OF CRIMINAL APPEALS

STYLE:    Robert O'Bryan v. The State of Texas          CCA #:    __834-15__

____APPELLANT'S____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE:          _____

__Refused_____          JUDGE:          _____

DATE: _Sept, 23, 2015_          SIGNED: _____          PC: _____

JUDGE: __PC__          PUBLISH: _____          DNP: _____

-----------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD